FILED

2012 JUN -8 PM 12: 18

CLERK, US DISTRICT COURT
MIDDLE DISTRICT OF FL
JACKSONVILLE FLORIDA

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

LUTICIA LANETTE HENDERSON,  ) Case No.: 3:12-cv-619-J-25MCR
) 
Plaintiff,                  ) AMENDED COMPLAINT
)
vs.                         )
)
MCDONALD'S c/o Rachel Beige, Esq; )
)
COLE, SCOTT, & KISSANE, P.A.  )
)
Defendant(s)

Dated this 1st of June, 2012

**PREAMBLE**

LuTicia Lanette Henderson, Plaintiff, is a Resident of Florida. The Defendant is an Employer within the State of Florida. The Plaintiff began employment with Defendant in the month of February in 2011. This action rises from a failure to promote by the Defendant, specifically Store Manager, Johanna Perez, in the month of June in 2011 at McDonald's located at 8375 Pine Island Road Tamarac, FL 33321.

**STATEMENT OF FACTS**

In the month of May in 2011, LuTicia Lanette Henderson, Plaintiff completed McDonald's Crew Trainer Booklet which included verification per Shift Supervisors that it was complete up to McDonald's standard. LuTicia Lanette Henderson, Plaintiff turned in said booklet to the mail box of Store Manager, Johanna Perez, in order to proceed to the next step for promotion from Crew Member to Crew Trainer. On June 14, 2011, approximately 3:00 p.m., a meeting was held to discuss the next steps of the promotion to those who completed the prerequisites and LuTicia Lanette Henderson, Plaintiff was not invited.

Plaintiff, LuTicia Lanette Henderson, who is an African-American Female phoned Store Manager, Johanna Perez, prior to said meeting to ask when the meeting would take place. Ms. Perez stated to Plaintiff Ms. Henderson that there was no meeting and that her case was different. When asked to further explain to Plaintiff, Ms. Henderson how her case was "different", Ms. Perez diverted to saying that the Regional Manager, who was not employed with McDonald's at the time of Ms. Henderson's Certification, did not approve the promotion. Ms. Perez then stated that she was getting busy and disconnected the call.

Plaintiff, LuTicia Lanette Henderson, further alleges in combination with above-stated statements that the failure to promote was caused by discriminatory acts by the Defendant:

a. Plaintiff, LuTicia Lanette Henderson, was the only African-American who applied to the position at that time.
b. Others were identified as Caucasian and of Hispanic decent.
c. Defendant omitted information from Plaintiff to hinder attendance of said meeting.
d. Defendant provided fallacies to hinder promotion.
e. Defendant later told Investigator David Miller of the EEOC that Plaintiff was qualified and given information for the next steps to promotion, which is not accurate as previously stated.
f. There were Crew members present who had not completed McDonald's prerequisites and were offered promotion.

As a direct and proximate result of the fallacies and discrimination of the Defendant, the Plaintiff:

a. Sought other employment which lasted only a month because budget cuts.
b. Substantial emotional distress due to being unable to pay bills.
c. Eviction Notices from then landlord because of Past Due Rent and embarrassment of notices being posted for public to see.

All of the Plaintiff's losses were due solely to and by reason of the fallacies and discrimination of the Defendant, McDonalds, without any negligence or want of due care on the Plaintiff's part contributing thereto.

   WHEREFORE, this Plaintiff humbly seeks compensatory damages and back pay of which would have been paid had discriminatory act was not committed.

Respectfully submitted,

_____
LuTicia Lanette Henderson
2028 Baldwin Street
Jacksonville, Fl
(561)401-5222

IN THE DISTRICT COURT OF

THE UNITED STATES MIDDLE DISTRICT OF FLORIDA

JACKSONVILLE DIVISION; IN AND FOR DUVAL COUNTY, FLORIDA

Case No.: 3:12-cv-619-J-25MCR

Division: CIVIL

,

Petitioner, LUTICIA LANETTE HENDERSON

and

Defendants, MCDONALD'S c/o Rachel Beige, Esq;

COLE, SCOTT, & KISSANE, P.A.,

## CERTIFICATE OF SERVICE

I certify that a copy of Complaint was (✓) mailed ( ) faxed and mailed ( ) hand delivered to the person listed below on: _6-8-12_

{Other party or his/her attorney:

Name: MCDONALD'S c/o Rachel Beige COLE, SCOTT, & KISSANE, P.A.,

Address: 1645 PALM BEACH LAKES BLVD 2nd FLOOR

City, State, Zip: WEST PALM BEACH, FL 33401

Signature of Party _____

Printed Name: LUTICIA LANETTE HENDERSON

Address: 2028 BALDWIN STREET

City, State, Zip: JACKSONVILLE, FL 32209

Telephone Number: 561-401-5222